UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-11168-GW-PDx | Date | April 1, 2026 |
|---|---|---|---|
| Title | *Ryan Burdick v. Systems Application & Technologies, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On April 1, 2026, Defendant United States of America filed a Notice of Settlement [39]. The Court vacates all currently set deadlines and/or dates, with the expectation that a dismissal will be filed within 21 days. The Court sets an order to show re: settlement hearing for April 23, 2026 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal/stipulation to dismiss is filed by noon on April 22, 2026.

| | : |
|---|---|
| Initials of Preparer | JG |