JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RYAN BURDICK,<br><br>                    Plaintiff,<br>          vs.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | ) Case No.: CV 24-11168-GW-PDx<br>)<br>) IN ADMIRALTY<br>)<br>) **CONSENT JUDGMENT**<br>)<br>) District Judge George H. Wu<br>)<br>)<br>) |

The above action having been compromised, it is, upon the joint consent of counsel for the respective parties:

ORDERED AND ADJUDICATED that judgment be entered in favor of plaintiff Ryan Burdick against the United States.

IT IS FURTHER ORDERED that Defendant, United States of America, shall pay to Law Offices of Boatlaw LLP, ITF Ryan Burdick, the sum of Three Hundred Thousand Dollars and No Cents ($300,000.00), without interest, and with each said party to bear its own fees and costs; and

IT IS FURTHER ORDERED that Defendant, United States of America, will continue to pay maintenance to Plaintiff Ryan Burdick at the rate of $89.73/day until payment of the $300,000.00 has been deposited into the trust account of Boatlaw LLP, ITF Ryan Burdick; and

IT IS FURTHER ORDERED that Defendant, United States of America, shall pay or adjust any outstanding cure with a date of service up to and including March 31, 2026.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 14, 2026

_____

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE